UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIFIED UNITED STATES COMMON
LAW GRAND JURY, *et al.*,

      Plaintiffs,

 v.

NYS Legislators, *et al.*,

      Defendants.

No. 24-CV-7084 (KMK)

ORDER OF DISMISSAL AND TO SHOW CAUSE

---

KENNETH M. KARAS, United States District Judge:

  On September 18, 2024, Plaintiffs requested the issuance of summons to Defendants from the Clerk of Court. (*See* Dkt. No. 3.) On October 10, 2024, this Court issued an Order to Show Cause, ordering Plaintiff Unified United States Common Law Grand Jury ("Grand Jury") to obtain counsel and Plaintiff Grand Jury Foreman ("Foreman") to file a motion to proceed under a pseudonym or else to amend the complaint to include the name of Plaintiff Foreman. (*See* Order to Show Cause (Dkt. No. 5).) The Court warned that failure to do so would prevent summons from issuing and could lead Plaintiff Grand Jury to be dismissed from the action. The Court gave Plaintiffs until November 8, 2024 to make these corrections. Since then, no action has been taken by any Plaintiff.

  Because Plaintiff Grand Jury has failed to retain an attorney to represent it, it may not proceed in the litigation, and its claims are dismissed without prejudice. *See Pandya v. Sec. & Exch. Comm'n*, No. 23-CV-11180, 2024 WL 149749, at *2 (S.D.N.Y. Jan. 12, 2024) (dismissing pro se organizational plaintiff); *Pride Oleo Mexicana S.A. de C.V. v. Capstone*, No. 21-CV-6743, 2021 WL 4311344, at *2 (S.D.N.Y. Sept. 20, 2021) (same); *Moorish Am. Nation v. United States*, No. 21-CV-6396, 2021 WL 3773642, at *1 (S.D.N.Y. Aug. 23, 2021) (same).

Further, as noted in the Court's previous Order, a party seeking to proceed under a pseudonym (as Plaintiff Foreman is doing in the instant case), is required to file a motion demonstrating the plaintiff's need to do so. (*See* Order to Show Cause 1-2 (Dkt. No. 5).) Plaintiff Foreman is required to make such a motion, or else amend the complaint to include their name. Otherwise, Plaintiff Foreman may be dismissed from the case.

Accordingly, it is hereby:

ORDERED that Plaintiffs shall amend the complaint by no later than January 3, 2025 to include the name of Plaintiff Foreman or show cause as to why Plaintiff Foreman should proceed under a pseudonym. Otherwise, Plaintiff Foreman could be dismissed from this action, and it is further

ORDERED that Plaintiff Grand Jury's claims are dismissed without prejudice.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated:   December 4, 2024
         White Plains, New York

_____
KENNETH M. KARAS
United States District Judge