UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNIFIED UNITED STATES COMMON
LAW GRAND JURY, *et al.*,

                      Plaintiffs,

    v.

NYS Legislators, *et al.*,

                      Defendants.

No. 24-CV-7084 (KMK)

ORDER OF DISMISSAL

---

KENNETH M. KARAS, United States District Judge:

    On September 18, 2024, Plaintiffs requested the issuance of summons to Defendants from the Clerk of Court. (*See* Dkt. No. 3.) On October 10, 2024, this Court issued an Order to Show Cause, ordering Plaintiff Unified United States Common Law Grand Jury ("Grand Jury") to obtain counsel and Plaintiff Grand Jury Foreman ("Foreman") to file a motion to proceed under a pseudonym or else to amend the complaint to include the name of Plaintiff Foreman. (*See* Order to Show Cause (Dkt. No. 5).) The Court warned that failure to do so would prevent summons from issuing and could lead Plaintiff Grand Jury to be dismissed from the action. On December 4, 2024, the Court dismissed Plaintiff Grand Jury's claims without prejudice for failure to retain an attorney. (*See* Dkt. No. 6 at 1.) The Court also required Plaintiff Foreman to file a motion to proceed under a pseudonym by January 3, 2025, or face dismissal. (*See id.* at 2.) Since then, no action has been taken by any Plaintiff. Because Plaintiff Foreman has failed to amend their complaint to include their real name, and has not moved to proceed under a pseudonym, their claims are dismissed without prejudice.

    Accordingly, it is hereby:

    ORDERED that Plaintiff Foreman's claims are dismissed without prejudice.

The Clerk of Court is directed to remove Plaintiff Foreman from the proceedings and mail a copy of this Order to Plaintiffs.

SO ORDERED.

Dated:   February 10, 2025
        White Plains, New York

                                            KENNETH M. KARAS
                                            United States District Judge